

Radisson Hotel at Star Plaza, 800 E 81st Ave, Merrillville, In 46410     219-769-6311

**Equal Employment Opportunity Commission**     Date: 06/16/11

| Date | Description | Balance |
|---|---|---|
| 05/18/11 | Banquet Charge - Cancellation Fees | $50.00 |
| 06/12/11 | Visa XXXXXXXXXXXX4245  XX/XX | ($50.00) |

**Balance Due:**     **$0.00**

REMIT PAYMENT TO:
Radisson
Acct: 5000-501170
PO Box 13003
Merrillville, IN 46411

Exhibit 1